PS 8
(8/88)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 07 2000

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

U.S.A. vs.     German Carlos Toledo                    Docket No. 2:00CR06037-FVS
               ▮▮▮▮▮▮▮▮▮▮▮▮▮
               Kennewick, WA 99336

### Petition for Action on Conditions of Pretrial Release


        COMES NOW Missy K. Kolbe PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant , who was placed under pretrial release supervision by the Honorable Magistrate Lonny Suko sitting in the court at Yakima, WA, on November 2, 2000, under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law;
2. The defendant shall advise the court and the U.S. attorney in writing before any change in address.
3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
4. The defendant shall sign and complete form A.O. 199C before being released and shall appear as notified at the address furnished.
5. The defendant shall remain in the State of Washington while the case is pending. Further, defendant shall reside at the address he has provided on Form 199C. On a showing of necessity, the defendant may obtain written permission to leave this area form the United States Probation Office.
6. The defendant shall maintain or actively seek employment.
7. The defendant shall not possess a firearm, destructive device or other dangerous weapon.
8. Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce
9. The defendant shall refrain from the excessive use of alcohol, and the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Defendant shall submit to a regular urinalysis, or related testing, s directed by a United States Probation Officer to see that defendant remains substance free. Defendant shall undergo a substance abuse evaluation and complete treatment indicated by this evaluation. Defendant shall be responsible for the cost of testing, evaluation and treatment unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

10.  The defendant shall report to the United States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.
11.  The defendant shall post a cash or corporate surety bond in the amount of $35,000.

Respectfully presenting petition for action of court and for cause as follows

**Violation No. 1**: German Toledo is considered in violation of his pretrial release in the Eastern District of Washington by failing to advise the Court and U.S. Attorney in writing before any change of address on or about November 3, 2000.

**Violation No. 2**: German Toledo is considered in violation of his pretrial release in the Eastern District of Washington by failing to report to his pretrial services officer as directed since November 6, 2000.

**Violation No. 3**: German Toledo is considered in violation of his pretrial release in the Eastern District of Washington by failing to submit to urinalysis testing as directed beginning on November 13, 2000.


PRAYING THAT THE COURT WILL ORDER warrant for arrest

| ORDER OF COURT | Respectfully, |
| --- | --- |
| Considered and ordered this _7th_ day of _December_, ~~19~~ _2000_ and ordered filed and made a part of the records in the above case. | |
| _[signature]_ | Missy K. Kolbe |
| U.S District Judge/Magistrate | U.S. Pretrial Services Officer |
| | Place: Richland, WA |
| | Date: December 6, 2000 |